UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GANG "STEVEN" CHEN,

    Petitioner,

    v.

TIMOTHY AITKEN, et al.,

    Respondent.

                                             /

No. C 12-6024 PJH

**JUDGMENT**

    Pursuant to the Order Granting the Petition for Writ of Habeas Corpus signed today, judgment is entered in favor of petitioner on his request for an individualized bond hearing.

    IT IS SO ORDERED AND ADJUDGED.

Dated: January 8, 2013

                                                         _____
                                                         PHYLLIS J. HAMILTON
                                                         United States District Judge